IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY SCOTT WHITE                                                                                     PLAINTIFF

v.                                           Civil No. 4:21-cv-04037

MILLER COUNTY, AR                                                                                    DEFENDANT

**ORDER**

TO: SHERIFF/JAIL ADMINISTRATOR MILLER COUNTY DETENTION CENTER, 2300 East Street, Texarkana, Arkansas 71854.

Anthony Scott White, currently an inmate of the Miller County Detention Center ("MCDC"), has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. Plaintiff failed to submit a completed certificate regarding his inmate account signed by the authorized person at the MCDC with his *in forma pauperis* ("IFP") application. (ECF No. 8). In his IFP application he states in part, "I asked three times and requested to speak to rank" about filling out the form. *Id.* at p. 3.

By copy of this Order, the Sheriff of Miller County and/or the Jail Administrator of the MCDC is asked to assist Plaintiff in getting the certificate of account completed and signed by authorized personnel. The **Clerk** is directed to mail both Plaintiff and the Sheriff blank IFP forms. Plaintiff is given until **June 16, 2021,** to file his completed IFP form. A copy of this Order should be mailed to the Sheriff of Miller County and the Jail Administrator for the MCDC by certified mail return receipt requested.

IT IS SO ORDERED this 26th day of May 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE