IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY SCOTT WHITE                                                                                PLAINTIFF

v.                                            Civil No. 4:21-cv-04037

MICHAEL LUSK, Attorney; CAPTAIN ADAMS,
Miller County Detention Center ("MCDC");
CORRECTIONS OFFICER SUTTON, MCDC;
WARDEN WALKER, MCDC; SERGEANT
GOLDEN; SERGEANT GUNTHER; and
K. NOLAND                                                                                         DEFENDANTS

**ORDER**

TO: SHERIFF/JAIL ADMINISTRATOR MILLER COUNTY DETENTION CENTER, 2300 East Street, Texarkana, Arkansas 71854.

Anthony Scott White, currently an inmate of the Miller County Detention Center (MCDC"), has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. The Court is in the process of screening Plaintiff's Second Amended Complaint. (ECF No. 20).1 Plaintiff alleges in part that he was sexually assaulted while incarcerated in the MCDC. On August 11, 2021, Plaintiff filed a Motion to Subpoena video from April 10, 11, and 24 of 2021, and May 12 and 13 of 2021. (ECF No. 29)

By copy of this Order, the Sheriff of Miller County and/or the Jail Administrator of the MCDC is asked to preserve the following video:

- The nights of April 10 and 11 of 2021 in West-E
- The morning of April 24, 2021, around 10:14 a.m. in Max-E
- The morning of May 12, 2021, between 5:00 to 10:00 a.m. in R-N-D

---

1 On July 29, 2021, the Court entered a Report and Recommendation recommending several of Plaintiff's claims proceed against several named Defendants who are employed by the Miller County Detention Center. (ECF No. 28). To date, this Report and Recommendation is still pending.

1

- The morning of May 13, 2021, around 10:00 to 10:50 a.m. in R-N-D

IT IS SO ORDERED this 12th day of August 2021.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE